**Robert B. STUART, Plaintiff—Appellant,**

v.

**The FEDERAL BUREAU OF INVESTIGATION, Defendant—Appellee.**

No. 03–15927.

D.C. No. CV–02–06158–AWI.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Robert B. Stuart, Los Banos, CA, pro se.

No appearance, for Defendant–Appellee.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Robert B. Stuart appeals pro se the district court's judgment dismissing without prejudice his action alleging causes of action under the 42 U.S.C. § 1983 and various California statutes. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's *sua sponte* dismissal, *Omar v. Sea–Land Serv., Inc.,* 813 F.2d 986, 991 (9th Cir.1987), and we affirm.

The district court properly dismissed Stuart's action because his amended complaint did not contain a "short and plain" statement of the claims for relief as required by Fed.R.Civ.P. 8(a). *See Jones v. Cmty. Redev. Agency,* 733 F.2d 646, 649 (9th Cir.1984). The district court properly denied leave to amend because, given the nature of Stuart's allegations, amendment would be futile. *See id.* at 650–51.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

